IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

PEARLEY THOMAS, Individually;
ESTATE OF CHRISTOPHER A. THOMAS,
Deceased, by and through Pearley Thomas,
Administratrix; MICHAEL D. THOMAS, a
Minor, by and through his Mother and Natural
Guardian, Pearley Thomas; and TONYA
L. MILLER                                                                                                PLAINTIFFS

VERSUS                                                                      CIVIL ACTION NO. 2:04CV187-P-A

FORD MOTOR COMPANY                                                                          DEFENDANT

## FINAL JUDGMENT

This cause came on for hearing on the defendant's Motion for Summary Judgment [33]. The Court, having considered the motion and being otherwise fully advised in the premises, finds as follows, to-wit:

In accordance with the Order entered this day, the Court finds that the defendant's motion is well-taken and should be sustained.

IT IS, THEREFORE, ORDERED AND ADJUDGED that the defendant's Motion for Summary Judgment [33] is well-taken and should be, and hereby is, GRANTED. This cause is hereby DISMISSED WITH PREJUDICE, each party to bear its own costs.

SO ORDERED, this the 20th day of December, 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE